Case 4:20-cr-00085-BMM   Document 40   Filed 04/24/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

United States of America
v.
KRISTINA DAWN RUSSETTE

Case No: 4:20-cr-00085-BMM
USM No: 16225-046

Date of Original Judgment: 06/03/2021
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Paul Gallardo
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __120 months__ months **is reduced to** __60 months__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/03/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/24/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Brian Morris, Chief District Judge
*Printed name and title*